# EXHIBIT "A"

 CT Corporation

**Service of Process Transmittal**
08/05/2021
CT Log Number 540031941

TO:     Litigation Department
        Federal Express Corporation
        3620 HACKS CROSS RD, 3RD FLOOR, BUILDING B
        MEMPHIS, TN 38125

RE:     **Process Served in New York**

FOR:    FedEx Corporation  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Roman Khaytin, Pltf. vs. FedEx Corporation And John Doe/Jane Doe, etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Notice, Attachment(s),?Summons,?Verified Complaint, Verification |
| **COURT/AGENCY:** | Kings County Supreme Court, NY<br>Case # 5188652021 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 12/01/20219 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, New York, NY |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/05/2021 at 15:45 |
| **JURISDICTION SERVED :** | New York |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Vel Belushin<br>Belushin Law Firm, P.C.<br>1712 Kings Highway, Suite 2<br>Brooklyn, NY 11229<br>718-787-4470 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/06/2021, Expected Purge Date: 08/11/2021<br><br>Image SOP<br><br>Email Notification,  Litigation Department  lydia.langbein@fedex.com<br><br>Email Notification,  Stacey Stephens  stacey.stephens@fedex.com<br><br>Email Notification,  Cynthia Schwind  cynthia.schwind@fedex.com<br><br>Email Notification,  Kathy Miller  khmiller@fedex.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>28 Liberty Street<br>New York, NY 10005<br><br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

 CT Corporation

**Service of Process Transmittal**
08/05/2021
CT Log Number 540031941

**TO:**   Litigation Department
Federal Express Corporation
3620 HACKS CROSS RD, 3RD FLOOR, BUILDING B
MEMPHIS, TN 38125

**RE:**   **Process Served in New York**

**FOR:**   FedEx Corporation  (Domestic State: DE)

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be
relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s)
of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other
advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained
therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                          Thu, Aug 5, 2021

**Server Name:**              Christopher Klein

| Entity Served | FEDEX CORPORATION |
|---|---|
| Case Number | 518865/2021 |
| Jurisdiction | NY |



**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** KINGS
-------------------------------------------------------------------X
ROMAN KHAYTIN,

Plaintiff/Petitioner,

- against -                                          Index No. 518865/2021

FEDEX CORPORATION and JOHN DOE/ JANE
DOE, First and Last Names Being Fictitious as

Unknown to Plaintiff, representing   Defendant/Respondent.
an unidentified person driving a motor-----------------------------X
vehicle, bearing an unknown license   **NOTICE OF ELECTRONIC FILING**
plate number,                                  **(Mandatory Case)**
(Uniform Rule § 202.5-bb)

**You have received this Notice because**:

> 1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

> 2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
  Give this Notice to your attorney.  (<u>Attorneys</u>: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
  **You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

  **<u>If</u> you choose to participate in e-filing, you <u>must</u> have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

The **benefits of participating in e-filing** include:

- serving and filing your documents electronically

- free access to view and print your e-filed documents

- limiting your number of trips to the courthouse

- paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: <u>www.nycourts.gov/efile-unrepresented</u> or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at <u>www.nycourts.gov</u>

Page 1  of  2                                    EFM-1

To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**
**(E-filing is Mandatory for Attorneys)**

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: 07/28/2021

VEL BELUSHIN, ESQ.
Name
BELUSHIN LAW FIRM, P.C.
Firm Name

SIGNATURE

1712 KINGS HIGHWAY
Address

BROOKLYN, NY 11229

718-787-4470
Phone

EFILE@BELUSHINLAW.COM
E-Mail

To:   FEDEX CORPORATION

c/o Corporation Service Company

28 LIBERTY STREET

NEW YORK, NEW YORK 10005

JOHN DOE/ JANE DOE
ADDRESS PRESENTLY UNKNOWN

6/6/18

SUPREME COURT OF THE STATE OF NEW YORK          Index No.: 518865/2021
COUNTY OF KINGS                                 Date Purchased: 7/28/2021
-------------------------------------------------------------------X
ROMAN KHAYTIN,                                  **SUMMONS**

                                   Plaintiff,   Plaintiff designates Kings
                                                County as the place of trial.

          -against-
                                                The basis of venue is:
FEDEX CORPORATION and JOHN DOE/JANE DOE, First  Plaintiff's residence
and Last Names Being Fictitious as Unknown to Plaintiff,
representing an unidentified person driving a motor vehicle,   Plaintiff resides at:
bearing an unknown license plate number,        2752 Ocean Avenue, Apt. 5B
                                                Brooklyn, NY 11229
                                   Defendants.  County of Kings
-------------------------------------------------------------------X

**To the above named Defendants:**

        **You are hereby summoned** to answer the complaint in this action, and to serve a copy
of your answer, or, if the complaint is not served with this summons, to serve a notice of
appearance on the Plaintiff's attorneys within twenty (20) days after the service of this summons,
exclusive of the day of service, where service is made by delivery upon you personally within
the state, or, within thirty (30) days after completion of service where service is made in any
other manner.  In case of your failure to appear or answer, judgment will be taken against you by
default for the relief demanded in the complaint.

Dated: Brooklyn, New York
       July 28, 2021

                                   Yours, etc.

                                   Vel Belushin, Esq. for
                                   BELUSHIN LAW FIRM, P.C.
                                   Attorneys for Plaintiff
                                   **ROMAN KHAYTIN**
                                   1712 Kings Highway, Suite 2
                                   Brooklyn, New York 11229
                                   718-787-4470
                                   File No.: 19-0185WC

TO:     FEDEX CORPORATION            JOHN DOE/ JANE DOE
        C/O Corporation Service Company   Address Presently Unknown
        28 Liberty Street
        New York, New York 10005

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

------------------------------------------------------------------------X

ROMAN KHAYTIN,

                                  Plaintiff,

      -against-

FEDEX CORPORATION and JOHN DOE/JANE DOE, First
and Last Names Being Fictitious as Unknown to Plaintiff,
representing an unidentified person driving a motor vehicle,
bearing an unknown license plate number,

                                    Defendants.

------------------------------------------------------------------------X

Index No.: 518865 (2021)
Date Purchased: 7/28/2021

**VERIFIED COMPLAINT**

Plaintiff, by his attorneys, **BELUSHIN LAW FIRM, P.C.**, complaining of the

Defendants herein, respectfully alleges, as follows:

      1.      At all times herein mentioned, Plaintiff, **ROMAN KHAYTIN**, was, and still is, a

resident of the County of Kings, City and State of New York.

      2.      At all times herein mentioned, upon information and belief, Defendant, **JOHN**

**DOE/JANE DOE**, was and still is a resident of a County in the State of New York or

Pennsylvania.

      3.      The true name or capacity, whether individual, corporate, associate, or otherwise,

and Defendantship of Defendant, **JOHN DOE/JANE DOE,** is unknown to Plaintiff at the time of

the filing of this Complaint, who therefore sues said Defendant by such fictitious name and will

ask leave of the Court to amend this Complaint to show the true name or capacity and

Defendantship when the same has been ascertained.  Plaintiff is informed and believes, and based

upon such information and belief, alleges that each Defendant designated herein as a **DOE** was

responsible, negligently or in some other actionable manner, for the events and happenings referred to herein that proximately caused injury to Plaintiff as hereinafter alleged.

4.      At all times herein mentioned, Defendant, **FEDEX CORPORATION,** was and still is, a domestic corporation duly organized and existing under, and by virtue of, the Laws of the State of New York.

5.      At all times herein mentioned, Defendant, **FEDEX CORPORATION,** was, and still is, a foreign corporation duly organized and existing under, and by virtue of, the Laws of the State of New York.

6.      At all times herein mentioned, Defendant, **FEDEX CORPORATION,** was, and still  is, a partnership duly organized and existing under, and by virtue of, the Laws of the State of New York.

7.      At all times herein mentioned, Defendant, **FEDEX CORPORATION,** was, and still is, a non-profit organization duly organized and existing under, and by virtue of, the Laws of the State of New York.

8.      At all times herein mentioned, Defendant, **FEDEX CORPORATION,** maintained a principal place of business in the County and State of New York.

9.      At all times herein mentioned, Defendant, **FEDEX CORPORATION,** was the owner of a Switch Truck motor vehicle, numbered 15775.

10.      At all times herein mentioned, Defendant, **FEDEX CORPORATION,** was the lessor of the Switch Truck motor vehicle, numbered 15775.

11.      At all times herein mentioned, Defendant, **FEDEX CORPORATION,** managed the Switch Truck motor vehicle, numbered 15775.

12.     At all times herein mentioned, Defendant, **FEDEX CORPORATION,** maintained the Switch Truck motor vehicle, numbered 15775.

13.     At all times herein mentioned, Defendant, **FEDEX CORPORATION,** controlled the Switch Truck motor vehicle, numbered 15775.

14.     At all times herein mentioned, upon information and belief, Defendant, **JOHN DOE/JANE DOE,** was the operator of the Switch Truck motor vehicle, numbered 15775.

15.     At all times herein mentioned, upon information and belief, Defendant, **JOHN DOE/JANE DOE,** was the lessee of the Switch Truck motor vehicle, numbered 15775.

16.     At all times herein mentioned, upon information and belief, Defendant, **JOHN DOE/JANE DOE,** managed the Switch Truck motor vehicle, numbered 15775.

17.     At all times herein mentioned upon information and belief, Defendant, **JOHN DOE/JANE DOE,** maintained the Switch Truck motor vehicle, numbered 15775.

18.     At all times herein mentioned, upon information and belief, Defendant, **JOHN DOE/JANE DOE,** controlled the Switch Truck motor vehicle, numbered 15775.

19.     At all times herein mentioned, upon information and belief, Defendant, **JOHN DOE/JANE DOE,** operated the Switch Truck motor vehicle, numbered 15775, with the knowledge of Defendant, **FEDEX CORPORATION.**

20.     At all times herein mentioned, upon information and belief, Defendant, **JOHN DOE/JANE DOE,** operated the Switch Truck motor vehicle, numbered 15775, with the permission of Defendant, **FEDEX CORPORATION.**

21.     At all times herein mentioned, upon information and belief, Defendant, **JOHN DOE/JANE DOE,** operated the Switch Truck motor vehicle, numbered 15775, with the consent of Defendant, **FEDEX CORPORATION.**

22.     At all times herein mentioned, upon information and belied, Defendant, **JOHN DOE/JANE DOE,** operated the Switch Truck motor vehicle, numbered 15775, within the scope of his/her employment with Defendant, **FEDEX CORPORATION.**

23.     At all times herein mentioned, 1000 Willow Brook Road, in the County of North Hampton, State of Pennsylvania, was a FedEx facility.

24.     That on December 1, 2019, upon information and belief, Defendant, **JOHN DOE/JANE DOE**, was operating the Switch Truck motor vehicle, numbered 15775, at the aforementioned location.

25.     That on December 1, 2019, Plaintiff, **ROMAN KHAYTIN**, was a lawful pedestrian, at the aforementioned location.

26.     That on December 1, 2019, at the aforementioned location, the Switch Truck motor vehicle owned by Defendant, **FEDEX CORPORATION** and operated by Defendant, **JOHN DOE/ JANE DOE**, struck Plaintiff, **ROMAN KHAYTIN**, a lawful pedestrian.

27.     That as a result of the aforesaid collision, Plaintiff, **ROMAN KHAYTIN**, was seriously and permanently injured.

28.     That the aforesaid collision was caused wholly and solely by reason of the negligence of the Defendants without any fault or negligence on the part of the Plaintiff contributing thereto.

29.     That the Defendants were negligent, careless and reckless in the ownership, operation, management, maintenance, supervision, use and control of the aforesaid motor vehicle and the Defendants were otherwise negligent, careless and reckless in the circumstances then and there prevailing.

30.   That by reason of the foregoing, Plaintiff, **ROMAN KHAYTIN**, sustained severe and permanent personal injuries; and Plaintiff, **ROMAN KHAYTIN**, was otherwise damaged.

31.   That Plaintiff, **ROMAN KHAYTIN**, sustained serious injuries as defined by §5102 of the Insurance Law of the State of New York.

32.   That Plaintiff, **ROMAN KHAYTIN**, sustained serious injury and economic loss greater than basic economic loss as defined by §5104 of the Insurance Law of the State of New York.

33.   That Plaintiff, **ROMAN KHAYTIN**, is not seeking to recover any damages for which Plaintiff has been reimbursed by no-fault insurance and/or for which no-fault insurance is obligated to reimburse Plaintiff.   Plaintiff is only seeking to recover those damages not recoverable through no-fault insurance under the facts and circumstances in this action.

34.   That this action falls within one or more of the exceptions set forth in CPLR §1602.

35.   That by reason of the foregoing, Plaintiff, **ROMAN KHAYTIN**, has been damaged in a sum that exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

**WHEREFORE**, Plaintiff demands judgment against the Defendants herein, in a sum exceeding the jurisdictional limits of all lower courts which would otherwise have jurisdiction, together with the costs and disbursements of this action.

Dated: Brooklyn, New York
      July 28, 2021

Yours, etc.

Vel Belushin, Esq., for
BELUSHIN LAW FIRM, P.C.
Attorneys for Plaintiff
**ROMAN KHAYTIN**
1712 Kings Highway, Suite 2
Brooklyn, New York 11229
718-787-4470
File No.: 19-0185WC

TO:   FEDEX CORPORATION              JOHN DOE/ JANE DOE
      C/O Corporation Service Company    Address Presently Unknown
      28 Liberty Street
      New York, New York 10005

## ATTORNEY'S VERIFICATION

**VEL BELUSHIN**, an attorney duly admitted to practice before the Courts of the State of New York, affirms the following to be true under the penalties of perjury: I am an attorney at BELUSHIN LAW FIRM, P.C., attorneys of record for Plaintiff, **ROMAN KHAYTIN**. I have read the annexed **COMPLAINT** and know the contents thereof, and the same are true to my knowledge, except those matters therein which are stated to be alleged upon information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon facts, records, and other pertinent information contained in my files.

This verification is made by me because Plaintiff is not presently in the county wherein I maintain my offices.

Dated: Brooklyn, New York
      July 28, 2021

_____
VEL BELUSHIN, ESQ.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------------X
ROMAN KHAYTIN,

                                        Plaintiff,

        -against-

FEDEX CORPORATION and JOHN DOE/JANE DOE, First and Last
Names Being Fictitious as Unknown to Plaintiff,
representing an unidentified person driving a motor vehicle,
bearing an unknown license plate number,

                                        Defendants.
------------------------------------------------------------------------X

### SUMMONS & VERIFIED COMPLAINT

BELUSHIN LAW FIRM, P.C.
Attorneys for Plaintiff
**ROMAN KHAYTIN**
1712 Kings Highway, Suite 2
Brooklyn, New York 11229
(718) 787-4470

TO:    FEDEX CORPORATION                    JOHN DOE/ JANE DOE
       C/O Corporation Service Company      Address Presently Unknown
       28 Liberty Street
       New York, New York 10005

        Pursuant to 22NYCR 130-1.1 the undersigned, an attorney admitted to practice in the
courts of New York State, certifies that upon information and belief and reasonable inquiry, the
contents contained in the annexed document are not frivolous.

_____
        Vel Belushin, Esq.

Dated: July 28, 2021